

**Dove A. E. Burns**
Direct Dial: 917-994-2550
Your.Dove.Burns@obermayer.com
www.obermayer.com

Obermayer Rebmann Maxwell & Hippel LLP
521 Fifth Avenue | 34th Floor
New York, NY 10175
P: 212.922.9182
F: 917.994.2545

March 29, 2019

*FILED ELECTRONCIALLY VIA ECF*

Honorable Jack B. Weinstein
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

     **Re:**  **Donald Nixon v. Westside Supermarket, LLC, et al**
        **Docket No.: 1:18-cv-05859(JBW)(SMG)**

Dear Judge Weinstein:

  The undersigned represents the Defendant, Westside Supermarket LLC, in the above-referenced action. We submit this joint letter pursuant to your Honor's May 20, 2019 Order, respectfully requesting that this matter be reopened as the settlement agreement has yet to be executed. The parties are in the process of finalizing this agreement. Moreover, the Defendant respectfully requests a thirty-day extension of the May 31, 2019 deadline to file the stipulation of dismissal.

            Very truly yours,

            *Dove Burns*

            Dove A.E. Burns

CC:  Jonathan Shalom, Esq.